UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **LEMERICK V. CHRISTOPHER, SR.** | **CIVIL ACTION NO. 16-0411** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BENJAMIN JONES** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 6th day of May, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE